Valleywide Process Service
2931 E. Marco Polo
Phoenix, AZ 85050
(602) 262-2555

FILED ___ LODGED
RECEIVED ___ COPY

APR 0 1 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| DANIEL FELLNER, | ) Civil Action No.: CV-19-1719-PHX (CDB) |
| Plaintiff(s), | ) |
| vs. | ) DECLARATION OF DELIVERY |
| | ) BY PRIVATE PROCESS SERVER |
| TRAVEL 4 ALL SEASONS LLC, | ) |
| Defendant(s). | ) |

John Cox upon his oath and personal knowledge states as follows:

1. I am over twenty one years of age, suffer no legal disabilities and I am licensed in Maricopa County as a private process server;
2. On March 17, 2019 at 4:12 p.m., I delivered to TRAVEL 4 ALL SEASONS LLC by and through Statutory Agent, Diane Hague at 1228 E, Country Crossing Way in Queen Creek, Arizona the Summons; Complaint with Exhibits; Civil Cover Sheet filed with/issued by this Honorable Court in this matter by delivery to Sal Hague, Owner & Manager, stated authorized to accept;
3. Sal Hague: C, M, 70s, 5'10", 160;
4. The fee for this service was $50.00.

I swear under penalty of perjury pursuant to the laws of the United States of America this 19th day of March, 2019 that the foregoing is true and correct.

_____
John Cox

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-19-1719-PHX (CDB)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Travel 4 All Seasons LLC
was received by me on *(date)* 3/14/2019.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sal Hague, who is designated by law to accept service of process on behalf of *(name of organization)* Travel 4 All Seasons LLC on *(date)* 3/17/19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ N/A for travel and $ 50 for services, for a total of $ 50.00.

I declare under penalty of perjury that this information is true.

Date: 3/19/2019

*Server's signature*

John Cox Process Server
*Printed name and title*

2131 E. Marco Polo, Phoenix, AZ 85050
*Server's address*

Additional information regarding attempted service, etc:

—Please See Attached