1  Robert S. Reder (024117)
   Alexandra Mijares Nash (023364)
2  Kiri T. Semerdjian (033775)
   BLYTHE GRACE PLLC
3  4040 East Camelback Road, Suite 275
   Phoenix, Arizona 85018
4  Telephone: (602) 237-5366
   Facsimile: (602) 237-5426
5  Email: robert@blythegrace.com
   Email: anash@blythegrace.com
6  Email: kiri@blythegrace.com
   Attorneys for Defendant
7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF ARIZONA

10

11  Daniel Fellner,                      No. 2:19-cv-01719-CDB

12              Plaintiff,               **ANSWER**

13  v.

14  Travel 4 All Seasons, LLC

15              Defendant.

16        Defendant Travel 4 All Seasons, LLC ("Travel 4") answers Plaintiff Daniel Fellner's

17  ("Fellner") Complaint as follows:

18                        **Nature of the Action**

19        1.    Travel 4 cannot answer the allegations contained in Paragraph 1 of Fellner's

20  Complaint because they call for a legal conclusion but denies them to the extent that a

21  response is required.

22                      **Jurisdiction and Venue**

23        2.    Admits.

24        3.    Admits.

25        4.    Admits.

26                            **Parties**

27        5.    Travel 4 is without sufficient knowledge or information to form a belief as

28  to the truth of the allegations contained in Paragraph 5 of Fellner's Complaint and

BLYTHE GRACE PLLC
4040 East Camelback Road | Suite 275
Phoenix, Arizona 85018

therefore denies the same.

6. Admits.

## Statement of Facts

**A.    Background and Plaintiff's Ownership of the Photographs.**

7. Travel 4 is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 7 of Fellner's Complaint and therefore denies the same.

8. Travel 4 is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 8 of Fellner's Complaint and therefore denies the same.

9. Travel 4 is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 9 of Fellner's Complaint and therefore denies the same.

**B.    Defendant's Infringing Activities.**

10. On or about April 5, 2018, Travel 4 affirmatively alleges that it posted a copy of Fellner's article entitled "Pickleball in Demand on Cruise Ships!" (the "Article") on a website owned and operated by Travel 4: www.travel4allseasonsmagazine.com (the "Website"). The Article originally appeared in *The Arizona Republic*, an Arizona newspaper, and its associated website. The copy of the Article posted by Travel 4 to the Website was identical to the copy published in *The Arizona Republic* (or on its website) and included a bold statement that Fellner was the author of the Article.

11. Travel 4 affirmatively alleges that it posted an exact copy of Fellner's Article to the Website and gave Fellner credit as the author but admits that it did not have any license agreement with Fellner or any permission or consent to post the Article.

## Claim for Relief

**(Copyright Infringement Against Defendant)**

**(17 U.S.C. Sections 106, 501**

12. Travel 4 incorporates by reference its responses to the paragraphs above.

BLYTHE GRACE PLLC
4040 East Camelback Road | Suite 275
Phoenix, Arizona 85018

BLYTHE GRACE PLLC
4040 East Camelback Road | Suite 275
Phoenix, Arizona 85018

1    13.    Denies.

2    14.    Denies.

3    15.    Denies.

4    16.    Denies.

5    17.    Denies.

6    18.    Denies.

7    **General Denial and Affirmative Defenses**

8    1.    Travel 4 denies every allegation not specifically admitted above.

9    2.    Fellner has failed to state a claim upon which relief can be granted.

10    3.    Fellner has not suffered any recoverable damages as a result of Travel 4's

11    alleged conduct.

12    4.    Travel 4 did not breach any legal duty that it allegedly owed to Fellner.

13    5.    Travel 4 did not act intentionally, willfully, unreasonably, or in bad faith

14    towards Fellner.

15    6.    Travel 4 did not violate the Copyright Act, 17 U.S.C. section 101, *et seq.*

16    7.    Travel 4's "fair use" of Fellner's alleged copyrighted work does not constitute

17    infringement. 17 U.S.C. § 107.  Fair use is a means through which the defendant may use

18    the copyrighted work "in a reasonable manner without the owner's consent." *Hustler*

19    *Magazine, Inc. v. Moral Majority*, 796 F. 2d 1148, 1151 (9th Cir. 1986).  A court may determine

20    whether fair use occurred by considering: "(1) the purpose and character of the use,

21    including whether such use is of a commercial nature or is for nonprofit educational

22    purposes; (2) the nature of the copyrighted work; (3) the amount and substantiality of the

23    portion used in relation to the copyrighted work as a whole; and (4) the effect of the use

24    upon the potential market for or value of the copyrighted work." 17 U.S.C. § 107.  Despite

25    the four-point test for determining fair use, no single factor is dispositive, nor are there

26    "bright line" rules for the interpretation of section 107.  *Campbell v. Acuff-Rose Music, Inc.*,

27    510 U.S. 569, 577 (1994).  Rather, the court should analyze the specific facts of each case

28    in determining whether fair use existed.  *Id.*  "If, after applying the four factors, there are

BLYTHE GRACE PLLC
4040 East Camelback Road | Suite 275
Phoenix, Arizona 85018

1 | no material factual disputes, fair use may be resolved on summary judgment." *Hustler*, 796

2 | F.2d at 1151.

3 |      8.    Fellner's alleged copyrighted work is in the public domain and therefore

4 | Travel 4 is not liable for infringement.

5 |      9.    Travel 4's alleged use of Fellner's alleged copyrighted work was not for

6 | commercial purposes and any alleged use was non-commercial and innocent.

7 |      10.    Travel 4 did not earn any profits or revenue from its alleged infringement of

8 | Fellner's copyrighted work.

9 |      11.    Fellner failed to identify the Article as a copyrighted work as required.

10 |      12.    Travel 4 asserts all Fed. R. Civ. P. 8(c) affirmative defenses that discovery

11 | shows are applicable.

12 |      13.    Travel 4 reserves the right to supplement or amend any part of its Answer

13 | including adding additional affirmative and defenses based on discovery conducted in this

14 | action.

15 | **Prayer for Relief**

16 |      Travel 4 requests the following relief against Fellner in connection with his

17 | Complaint:

18 |      A.    Judgment in favor of Travel 4;

19 |      B.    Attorneys' fees, costs, and expenses incurred by Travel 4 in defending this

20 | action;

21 |      C.    Such other relief as the Court deems proper.

22 |      DATED this 8th day of April 2019.

23 | BLYTHE GRACE PLLC

24 |

25 | s/ *Robert S. Reder*
Robert S. Reder
Alexandra Mijares Nash

26 | Kiri T. Semerdjian
4040 East Camelback Road, Suite 275

27 | Phoenix, Arizona 85018
Attorneys for Defendant

28 |

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BLYTHE GRACE PLLC
4040 East Camelback Road | Suite 275
Phoenix, Arizona 85018

**Certificate of Service**

I certify that on this 8th day of April 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Attorneys for Plaintiff

s/ *Patti A. Jennings*