Robert S. Reder (024117)
Alexandra Mijares Nash (023364)
Kiri T. Semerdjian (033775)
BLYTHE GRACE PLLC
4040 East Camelback Road, Suite 275
Phoenix, Arizona 85018
Telephone: (602) 237-5366
Facsimile: (602) 237-5426
Email: robert@blythegrace.com
Email: anash@blythegrace.com
Email: kiri@blythegrace.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Fellner,<br><br>           Plaintiff,<br><br>v.<br><br>Travel 4 All Seasons, LLC,<br><br>           Defendant. | No. 2:19-cv-01719-CDB<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant Travel 4 All Seasons, LLC ("Travel 4") in compliance with the provisions of:

  _X_   Rule 7.1, Federal Rule of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ___   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ___   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if any organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party declares as follows:

  _X_   No such corporation.

\_\_\_\_   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

\_\_\_\_   Publicly held corporation, not a party to the case, with a financial interest in the outcome (list identity of corporation and the nature of financial interest).

\_\_\_\_   Relationship.

\_\_\_\_   Other (please explain).

Travel 4 will file a supplemental disclosure statement upon any change in the information provided.

DATED this 8th day of April 2019.

BLYTHE GRACE PLLC

s/ *Robert S. Reder*
Robert S. Reder
Alexandra Mijares Nash
Kiri T. Semerdjian
4040 East Camelback Road, Suite 275
Phoenix, Arizona 85018
Attorneys for Defendant

**Certificate of Service**

I certify that on this 8th day of April 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Attorneys for Plaintiff

s/ *Patti A. Jennings*

2