# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

_____
Plaintiff,

vs.

_____
Defendant.

Case No. CV _____

## CONSENT TO EXERCISE OF JURISDICTION BY
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c)(1), the undersigned (party)(counsel of record for _____) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the Ninth Circuit Court of Appeals if an appeal is filed.

Date: _____

_____
Signature

_____
Print Name

## DISTRICT JUDGE OPTION

Pursuant to Title 28, U.S.C. § 636(c)(2) the undersigned (party)(counsel of record for _____) in the above captioned civil matter acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: _____

_____
Signature

_____
Print Name

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Consent was served (by mail) (by hand delivery) on all parties of record in this case, this _____ day of _____, 20____.

_____
Signature

**\*\*E-file this form using the event Consent/Election Form LRCiv 3.7(b) under Other Documents\*\***