Robert S. Reder (024117)
Alexandra Mijares Nash (023364)
Kiri T. Semerdjian (033775)
BLYTHE GRACE PLLC
4040 East Camelback Road, Suite 275
Phoenix, Arizona 85018
Telephone: (602) 237-5366
Facsimile: (602) 237-5546
Email: robert@blythegrace.com
Email: anash@blythegrace.com
Email: kiri@blythegrace.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Fellner,<br><br>         Plaintiff,<br><br>v.<br><br>Travel 4 All Seasons, LLC,<br><br>         Defendant. | No. 2:19-cv-01719-CDB<br><br>**DEFENDANT'S NOTICE OF SERVICE OF RESPONSES TO MANDATORY INITIAL DISCOVERY REQUESTS** |

Notice is given that on April 24, 2019, Defendant served Plaintiff by U.S. mail Defendant's Responses to Mandatory Initial Discovery Requests.

DATED this 24th day of April 2019.

BLYTHE GRACE PLLC

s/ *Robert S. Reder*
Robert S. Reder
Alexandra Mijares Nash
Kiri T. Semerdjian
4040 East Camelback Road, Suite 275
Phoenix, Arizona 85018
Attorneys for Defendant

**Certificate of Service**

I certify that on this 24th day of April 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Attorneys for Plaintiff

s/ *Patti A. Jennings*