Robert S. Reder (024117)
Alexandra Mijares Nash (023364)
Kiri T. Semerdjian (033775)
BLYTHE GRACE PLLC
4040 East Camelback Road, Suite 275
Phoenix, Arizona 85018
Telephone: (602) 237-5366
Facsimile: (602) 237-5546
Email: robert@blythegrace.com
Email: anash@blythegrace.com
Email: kiri@blythegrace.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Fellner,<br><br>              Plaintiff,<br><br>v.<br><br>Travel 4 All Seasons, LLC,<br><br>              Defendant. | No. 2:19-cv-01719-DWL<br><br>**DEFENDANT'S NOTICE REGARDING REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |

      Defendant Travel 4 All Seasons, LLC gives notice that it has no additional information regarding the Report on the Filing or Determination of an Action Regarding a Patent or Trademark filed in this matter by Plaintiff Daniel Fellner.

      DATED this 30th day of April 2019.

                                       BLYTHE GRACE PLLC

                                       s/ *Robert S. Reder*
                                       Robert S. Reder
                                       Alexandra Mijares Nash
                                       Kiri T. Semerdjian
                                       4040 East Camelback Road, Suite 275
                                       Phoenix, Arizona 85018
                                       Attorneys for Defendant

**Certificate of Service**

I certify that on this 30th day of April 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Attorneys for Plaintiff

s/ *Patti A. Jennings*