Richard P. Liebowitz
Liebowitz Law Firm PLLC
11 Sunrise Plz., Ste. 305
Valley Stream, NY 11580
[NY Bar - RL#1234]
516-233-1660
RL@LiebowitzLawFirm.com

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | | |
|---|---|---|
| Daniel Fellner, | ) | CIVIL ACTION FILE NO.: |
| | ) | 2:19-cv-01719-DJH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Travel 4 All Seasons LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO APPEAR
TELEPHONICALLY AT RULE 16 CONFERENCE**

Plaintiff Daniel Fellner ("Plaintiff"), via counsel, respectfully moves the Honorable

Court for leave to appear telephonically at the Rule 16 conference scheduled for June 25, 2019

at 3:00 p.m. In support of this motion, Plaintiff states as follows:

1.      This is a non-complex copyright infringement action involving

defendant's unauthorized expropriation of Plaintiff's photographs.

2.      Plaintiff's counsel is based in New York and Plaintiff seeks to save costs and

expenses of traveling to Arizona for a scheduling conference.

3.      Defendant will not be prejudiced by Plaintiff's appearance via telephone.

4.      On June 17, 2019, Plaintiff's counsel met and conferred with Defendant's counsel via e-mail who has indicated that "Defendant opposes the request that Plaintiff's counsel appear telephonically for the case management conference." Defendant's counsel did not provide further explanation.

Accordingly, Plaintiff respectfully requests that this motion is granted.

Dated: June 18, 2019
        Valley Stream, NY

/s/richardpliebowitz/
Richard Paul Liebowitz
Liebowitz Law Firm PLLC
11 Sunrise Plz., Ste. 305
Valley Stream, NY 11580
516-233-1660
Fax: 516-612-2740
Email:
RL@LiebowitzLawFirm.com

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing motion has been served via CM/ECF on June 18, 2019 upon Defense counsel of record.


**Alexandra Mijares Nash**
Blythe Grace PLLC
4040 E Camelback Rd., Ste. 275
Phoenix, AZ 85018
480-663-8838
Fax: 480-429-3679
Email: anash@blythegrace.com


**Kiri Tamar Semerdjian**
Blythe Grace PLLC
4040 E Camelback Rd., Ste. 275
Phoenix, AZ 85018
602-237-5366
Fax: 602-237-5426
Email: kiri@blythegrace.com


**Robert Stalnaker Reder**
Blythe Grace PLLC
4040 E Camelback Rd., Ste. 275
Phoenix, AZ 85018
602-237-5366
Fax: 602-237-5546
Email: robert@blythegrace.com


s/richardliebowitz/
Richard Liebowitz