IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | | |
|---|---|---|
| Daniel Fellner, | ) | CIVIL ACTION FILE NO.: |
| | ) | 2:19-cv-01719-DJH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Travel 4 All Seasons LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

WHEREAS, Plaintiff Daniel Fellner ("Plaintiff"), via counsel, has moved the Court for

leave to appear telephonically at the Rule 16 conference scheduled for June 25, 2019 at 3:00

p.m.

WHEREAS, upon good cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall appear telephonically at the Rule 16

conference scheduled for June 25, 2019 at 3:00 p.m. by calling the following telephone number:

_____

Dated: June____, 2019
        Phoenix, AZ

**SO ORDERED:**

_____
Diane J. Humetewa (U.S.D.J.)