Robert S. Reder (024117)
Alexandra Mijares Nash (023364)
Kiri T. Semerdjian (033775)
BLYTHE GRACE PLLC
4040 East Camelback Road, Suite 275
Phoenix, Arizona 85018
Telephone: (602) 237-5366
Facsimile: (602) 237-5546
Email: robert@blythegrace.com
Email: anash@blythegrace.com
Email: kiri@blythegrace.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Fellner,<br><br>             Plaintiff,<br><br>v.<br><br>Travel 4 All Seasons, LLC,<br><br>             Defendant. | No. 2:19-cv-01719-DJH<br><br>**DEFENDANT'S NOTICE OF SERVICE OF INITIAL RULE 26(A) DISCLOSURE STATEMENT** |

      Notice is given that on June 21, 2019, Defendant served Plaintiff by U.S. mail Defendant's Initial Rule 26(a) Disclosure Statement.

      DATED this 21st day of June 2019.

                                                        BLYTHE GRACE PLLC

                                                        s/ *Robert S. Reder*
                                                        Robert S. Reder
                                                        Alexandra Mijares Nash
                                                        Kiri T. Semerdjian
                                                        4040 East Camelback Road, Suite 275
                                                        Phoenix, Arizona 85018
                                                        Attorneys for Defendant

**Certificate of Service**

I certify that on this 21st day of June 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Attorneys for Plaintiff

s/ *Patti A. Jennings*