IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Fellner,<br><br>  Plaintiff,<br><br>v.<br><br>Travel 4 All Seasons LLC,<br><br>  Defendant. | No. CV-19-01719-PHX-DJH<br><br>**ORDER** |

Attorney Richard Liebowitz is the counsel of record for Plaintiff in the above-captioned matter, as well as in a second matter pending before this Court, *Parisienne v. Wave Enterprises LLC,* 19-cv-02810. (*"Parisienne"*).[1]  Mr. Liebowitz, who is admitted to practice in New York, is appearing *pro hac vice* in these matters, as well as in other cases filed in Arizona District Court.[2]  In both matters pending before this Court, Mr. Liebowitz has failed to conform his filings to the Local Rules for the District of Arizona. Specifically, in both this matter and in *Parisienne*, the Complaint was not in compliance with LRCiv 7.1(a)(1) and LRCiv 7.1(a)(3) (Doc. 8).  Additionally, in both matters, counsel failed to submit the automated Civil Cover Sheet when filing a new case, as required by the Electronic Case Filing Administrative Policies and Procedures Manual Section II(B) (Doc. 9).  Further, in both cases, the plaintiff failed to submit a timely election form regarding

---

[1] In addition to issuing this Order in this matter, the Court is issuing an Order addressing the same concerns in *Parisienne*.
[2] One such matter is *Nall v. Mackenzie Collier Interiors LLC*, 19-cv-01186, in which Judge Bolton issued an Order detailing Mr. Liebowitz's repeated failure to comply with Court Orders and rules.  (19-cv-01186, Doc. 25).

consent to the exercise of authority by a magistrate judge, as required by LRCiv 3.7(b); this failure necessitated the issuance of an Order to Show Cause to the plaintiff (Doc. 17). The Court is particularly troubled by counsel's lack of correction of these errors in light of the fact that the same errors were repeated in two separate matters, which were filed less than two months apart.[3]

It is the expectation of this Court that all parties, and their counsel, fully comply with all Federal and Local Rules of Civil Procedure. Accordingly, counsel is directed to familiarize himself with all applicable Federal and Local Rules. The Court further notes that a copy of the Local Rules is available on the Court's internet site at: www.azd.uscourts.gov. Lack of compliance may result in revocation of counsel's *pro hac vice* status.

Dated this 18th day of July, 2019.

_____
Honorable Diane J. Humetewa
United States District Judge

---

[3] The present action was filed on March 13, 2019, while the complaint in *Parisienne* was filed on May 2, 2019.