Robert S. Reder (024117)
Alexandra Mijares Nash (023364)
Kiri T. Semerdjian (033775)
BLYTHE GRACE PLLC
4040 East Camelback Road, Suite 275
Phoenix, Arizona 85018
Telephone: (602) 237-5366
Facsimile: (602) 237-5546
Email: robert@blythegrace.com
Email: anash@blythegrace.com
Email: kiri@blythegrace.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Fellner,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Travel 4 All Seasons, LLC,<br><br>　　　　　Defendant. | No. 2:19-cv-01719-DJH<br><br>**DEFENDANT'S NOTICE OF SERVICE OF DISCOVERY** |

Notice is given that on September 16, 2019, Defendant served Plaintiff by U.S. mail Defendant's Request for Production of Documents to Plaintiff and Defendant's Interrogatories to Plaintiff.

DATED this 16th day of September 2019.

　　　　　　　　　　　　　　　　BLYTHE GRACE PLLC


　　　　　　　　　　　　　　　　s/ *Robert S. Reder*
　　　　　　　　　　　　　　　　Robert S. Reder
　　　　　　　　　　　　　　　　Alexandra Mijares Nash
　　　　　　　　　　　　　　　　Kiri T. Semerdjian
　　　　　　　　　　　　　　　　4040 East Camelback Road, Suite 275
　　　　　　　　　　　　　　　　Phoenix, Arizona 85018
　　　　　　　　　　　　　　　　Attorneys for Defendant

**Certificate of Service**

I certify that on this 16th day of September 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Attorneys for Plaintiff

s/ *Patti A. Jennings*

BLYTHE GRACE PLLC
4040 East Camelback Road | Suite 275
Phoenix, Arizona 85018