Gregory W. Seibt (021321)
Alexandra Mijares Nash (023364)
Robert S. Reder (024117)
Kiri T. Semerdjian (033775)
BLYTHE GRACE PLLC
4040 East Camelback Road, Suite 275
Phoenix, Arizona 85018
Telephone: (602) 237-5366
Facsimile: (602) 237-5546
Email: greg@blythegrace.com
Email: anash@blythegrace.com
Email: robert@blythegrace.com
Email: kiri@blythegrace.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Fellner,<br><br>              Plaintiff,<br>v.<br><br>Travel 4 All Seasons, LLC,<br><br>              Defendant. | No. 2:19-cv-01719-DJH<br><br>**NOTICE OF APPEARANCE** |

Gregory W. Seibt of the law firm of Blythe Grace PLLC enters his appearance as counsel of record for Defendant in the above-captioned matter. Copies of all filings and orders should be served on counsel for Defendant at the address below:

Gregory W. Seibt
Alexandra Mijares Nash
Robert S. Reder
Kiri T. Semerdjian
BLYTHE GRACE PLLC
4040 East Camelback Road, Suite 275
Phoenix, Arizona 85018
Telephone: (602) 237-5366
Facsimile: (602) 237-5546
Email: greg@blythegrace.com
Email: anash@blythegrace.com
Email: robert@blythegrace.com
Email: kiri@blythegrace.com

DATED this 22nd day of October 2019.

BLYTHE GRACE PLLC

s/ *Gregory W. Seibt*
Gregory W. Seibt
Alexandra Mijares Nash
Robert S. Reder
Kiri T. Semerdjian
4040 East Camelback Road, Suite 275
Phoenix, Arizona 85018
Attorneys for Defendant

## **Certificate of Service**

I certify that on this 22nd day of October 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Attorneys for Plaintiff

s/ *Patti A. Jennings*