Daniel Fellner v. Travel 4 All Seasons, LLC
United States District Court - District of Arizona No. 2:19-cv-01719-CDB
Table of Contents for Defendant's Motion for Summary Judgment

| | |
|---|---|
| 1. | Pickleball in Demand on Cruise Ships! Posted on Travel 4 All Seasons |
| 2. | Affidavit of Alfred Hague |
| 3. | Pickleball at Sea! These Cruise Ships Have Courts By: Daniel Fellner |

# EXHIBIT 1



**TRAVEL 4 ALL SEASONS MAGAZINE**
travel smart...travel well

HOME  ABOUT US  CONTACT US  TRAVEL »  TRAVEL TIPS  FOOD  TRAVEL NEWS  TRAVEL GEAR

TRAVEL 4 ALL SEASONS,LLC TRAVEL PROFESSIONALS     TRAVEL 4 ALL SEASONS AGENCY

You are here: Home / Travel / Pickleball in demand on Cruise ships!     Leave a Comment

# Pickleball in demand on Cruise ships!

Posted by Al Hague on 5th April 2018 | 402 views



**Dan Fellner, Special for the (Arizona) Republic**

SOUTH CHINA SEA — Pickleball, one of the fastest growing sports in America, is starting to make a splash on the high seas.

The sport, hugely popular in active-retirement communities in Arizona and Florida, is now offered on all 14 Holland America ships. And the line's newest ship, Nieuw Statendam, which debuts in December, will feature the game as well.

Other cruise lines, including Princess and Regent Seven Seas, also have added pickleball to some of their ships.

Pickleball is a racket sport that combines elements of tennis, table tennis, and badminton. Paddles are made of wood or composite materials. The ball resembles a wiffleball. The sport can be played with two or four players, although doubles are far more common.

Pickleball was invented in the 1960s in Washington state but only recently has seen a huge growth in popularity. It now routinely attracts more players than tennis in age 55 and older housing developments. The USA Pickleball Association, which is headquartered in Surprise, Ariz., calls it the fastest growing sport in North America.

Erik Elvejord, Holland America's director of public relations, says adding pickleball to the company's ships was a no-brainer "because of many requests we were getting from guests." As an avid pickleball player myself, I was pleasantly surprised to see "meet for a game of pickleball" in the daily program on a recent 14-day Asian cruise on the Holland America Volendam.



I quickly ventured up to the ship's sports deck where Holland America had retrofitted a court that had been used for mini-tennis. The costs for the cruise line were minimal — put some yellow lines on the court, buy paddles and balls, and lower the net a few inches. The courts are surrounded by netting to keep stray balls from landing in the ocean.

### Categories

Select Category

### Recent Posts

Our recommendations for cruises......June 2018

FAA Launching Investigation After Death on Southwest Flight 1380—IMPACTING TRAVEL DONALD WOOD APRIL 19, 2018

Avalon Waterways....An Amazing River Cruise Experience

190-metre ultra-luxury cruise ship by Ritz-Carlton

15 Countries You Didn't Know Made Amazing Wine

Los Cabos is Safer Than Ever...

Pickleball in demand on Cruise ships!

Ama Waterways Launches their new ship....AmaMagna

Cruising Percs and Pricing...Confused?





Premium Honey Rye & Straight Rye Whiskey

For Complete information on these and other cruises contact any one of our travel professionals at www.travel4allseasons.com We are Holland America specialists.





**Published By**

Travel4AllSeasons.com
San Tan Valley AZ

ahaguejr@gmail.com

Contact Us

**About Us**

Travel 4 All Seasons is an online publication by Travel 4 All Seasons.com Travel Agency. Stories and information are for the use of our clients, future clients and the public in general who are interested in the wonderful world of travel. Formerly published in print now exclusively online. Stories, writing and photography by Al Hague and other sources with credits. Please contact us at 509.927.7888 or at ahaguejr@gmail.com or dhague9494@gmail.com

© Copyright Travel 4 All Seasons

# EXHIBIT 2

Case 2:19-cv-01719-DJH   Document 33-1   Filed 10/24/19   Page 5 of 13

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Fellner,<br><br>          Plaintiff,<br><br>v.<br><br>Travel 4 All Seasons, LLC,<br><br>          Defendant. | No. 2:19-cv-01719-CDB<br><br>**AFFIDAVIT OF ALFRED HAGUE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

State of Arizona          )
                               ) ss.
County of Maricopa   )

Alfred Hague, being first duly sworn, deposes and states as follows:

1. I submit this Affidavit in support of Defendant's Motion for Summary Judgment (the "Motion") filed with the Court on October 24, 2019.

2. I am a disabled U.S. military veteran over 18 years of age, I am of sound mind to make this Affidavit, and I have personal knowledge of the allegations made by Plaintiff Daniel Fellner ("Fellner") in this action. I also have personal knowledge of Defendant Travel 4 All Seasons, LLC ("Travel 4").

3. I am the only member of Travel 4 and I solely maintain the business records for Travel 4.

4. I, through Travel 4, created the website, www.travel4allseasons.com (the "Website"), to provide general leisure travel information to travel enthusiasts.

5. Travel 4's Website is for informational purposes only. The Website is not for commercial purposes and has never generated any revenue or profit.

6. In fact, Travel 4 does not even have a bank account (and there is no bank account associated with the Website).

7. Travel 4 also does not require a membership fee to access its Website. Instead, Internet users can view the Website without charge.

8. On March 30, 2018, the Arizona Republic posted an article to its website

BLYTHE GRACE PLLC
4040 East Camelback Road | Suite 275
Phoenix, Arizona 85018

written by Fellner entitled *Pickleball at Sea! These Cruise Ships Have Courts.*

9. I saw Fellner's article in an email from Travel Research Online ("TRO"). TRO sends emails with various travel articles and links to people who sign up on its website. Through TRO's link, I was able to access Fellner's article.

10. On or about April 5, 2018, Travel 4 posted an article to its Website entitled *Pickleball in Demand on Cruise Ships!* (the "Article"). I, through Travel 4, created this Article using pieces, approximately half, of Fellner's article. I did not use the photographs from Fellner's article.

11. The Article on Travel 4's Website identified Fellner as the original author and cited to *The Arizona Republic*, where Fellner posted his article.

12. Travel 4 did not post the Article for commercial purposes. Instead, Travel 4 posted the Article only to provide travel enthusiasts with information regarding pickleball.

13. Travel 4's Website is not visited by a significant amount of people and it never has been.

14. Travel 4 removed the Article from its Website after receiving a copy of the Complaint in this action.

15. Before Fellner filed his Complaint, neither he nor his legal counsel contacted Travel 4 to request that the company remove the Article (which it would have done had they made the request).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of October 2019.

_____
Alfred Hague

SUBSCRIBED AND SWORN to before me this 23rd day of October 2019 by Alfred Hague.

2

My Commission Expires:

05/15/2022


Notary Public

Shirley C Thompson
Notary Public
Maricopa County, Arizona
My Comm. Expires 05-15-22
Commission No. 549446

3

# EXHIBIT 3





Pickleball was invented in the 1960s in Washington state, but only recently has seen a huge growth in popularity; it now routinely attracts more players than tennis in age 55 and older housing developments. The USA Pickleball Association, which is headquartered in Surprise, calls it "the fastest growing sport in North America."

Erik Elvejord, Holland America's director of public relations, says adding pickleball to the company's ships was a no-brainer "because of many requests we were getting from guests."

As an avid pickleball player myself, I was pleasantly surprised to see "meet for a game of pickleball" in the daily program on a recent 14-day Asian cruise on the Holland America Volendam.

I quickly ventured up to the ship's sports deck where Holland America had retrofitted a court that had been used for mini-tennis. The costs for the cruise line were minimal – put some yellow lines on the court, buy paddles and balls, and lower the net a few inches. The courts are surrounded with netting to keep stray balls from landing in the ocean.

**BY HPE**
5 Important Questions to Ask Consumption IT Vendors
See more →

The nets may not quite be to exact specifications and the swirling winds can blow a well-executed shot off course. But despite some of the challenges, I was delighted – after years of cruising – to finally have the chance to play the game at sea while working off a few calories from the Volendam's tempting desserts.

## Cruise passengers like pickleball

Jack Thomas, the national president of the pickleball association and a Scottsdale resident, says it's about time cruise lines started hopping on the pickleball bandwagon.

"I think the cruise industry has figured out that pickleball is a very inexpensive way to attract and entertain their passengers and will soon become a must-have onboard activity," he says. "It is super easy to learn to play, great fun for all ages and creates camaraderie among fellow shipmates."

Tino Carrillo, the Volendam's assistant cruise director who oversees the ship's sports – table tennis, shuffleboard, basketball and pickleball – says the latter has been a hit with the ship's mostly older clientele.

"You typically play doubles, so it's less tiring than some other sports," he says. "It's more accessible for everybody. It's something fresh and new that more and more people are enjoying playing."

## Cruising the South China Sea



Fall is the time to explore Arizona's 'west coast'
Oct. 4, 2019, 7:30 a.m.

Vandalism at Sedona chapel linked to QAnon supporter
Oct. 2, 2019, 4:44 p.m.

New Scottsdale trailhead creates more hiking options
Oct. 2, 2019, 8:15 a.m.

Get your Real ID by Oct. 1, 2020, if you want to fly
Oct. 4, 2019, 11:15 a.m.

■ FOR SUBSCRIBERS
These packing tips will help you avoid airline bag fees
Oct. 1, 2019, 4:58 p.m.



Ready to welcome trick-or-treaters?
Shop candy & snacks for Halloween.



## Cruising the South China Sea



The Holland America Volendam docked in Shanghai, China. (Photo: Dan Fellner)

This particular sailing of the Volendam started in Hong Kong and ended in Shanghai, with stops along the way in the Philippines, Taiwan and Japan.

Many of the ship's nearly 1,400 passengers — representing 34 countries — had never heard of the sport. But there was a hard-core group of pickleball fanatics who showed up on sea days for open play or tournaments. Some passengers came out of curiosity to check out a game they knew only for its peculiar name.

"My wife and I are in the early stages of planning our first cruise adventure," Thomas says. "We are not even considering ships without pickleball."

Dan Fellner of Chandler is a faculty associate at Arizona State University and freelance travel writer. Visit his website, global-travel-info.com.

### More about pickleball

U.S.A. Pickleball Association: usapa.org.

Holland America Cruises: hollandamerica.com.

### More stories by Dan Fellner

Cruising the Mekong River in Cambodia and Vietnam, noshing on tarantulas

'Graduate' 50th anniversary: On the hunt for Mrs. Robinson in Berkeley, Calif.

Politics schmolitics: Russia's Volga River cruises are packed

We put the facts in your hands. Only $9.99 per month — SUBSCRIBE NOW — azcentral.

6 free articles left.

DF_013