LIEBOWITZ LAW FIRM, PLLC
Richard Liebowitz (SDNY Bar #RL1234)
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
Telephone: (516) 233-1660
Email: rl@liebowitzlawfirm.com

*Attorneys for Plaintiff Daniel Fellner*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Fellner, | Case No. 2:19-cv-01719 (DJH) |
| Plaintiff, | Hon. Diane J. Humetewa |
| - against - | **DECLARATION OF RICHARD LIEBOWITZ** |
| Travel 4 All Seasons, LLC, | |
| Defendant. | |

I, RICHARD LIEBOWITZ, hereby declare under the penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

1. I am lead counsel for Plaintiff Daniel Fellner ("Plaintiff" or "Fellner") in this action and submit this declaration in opposition to Defendant's motion for summary judgment.

2. Plaintiff Daniel Fellner is an Arizona-based professional journalist who licenses his photographs for a fee.

3. Plaintiff has a Master degree in Journalism (OSU), has been a professor of travel writing at Arizona State University for 10 years, has published over 100 travel articles including in USA Today, and is a member of the American Society of Travel Writers. [Attached as <u>Exhibit A</u> is a true and correct copy of Plaintiff's responses to Defendant's first set of interrogatories - *see* Interrogatory Response No. 4. ].

4. Defendant is a for-profit entity which publishes news content relating to recreational travel.

5. Fellner wrote an article about the growing popularity of Pickleball on cruise ships. Plaintiff wrote some of the article in Shanghai, China and some in Arizona in March 2018. [Ex. A: Interrogatory Response No. 11]. Attached as <u>Exhibit B</u> is a true and correct copy of the original text from Fellner's article.

6. To prepare the Literary Work, Plaintiff contacted Pickleball Association, arrange interview with President, contacted Cruiseline Association, had to get ship's staff to get photographed playing Pickleball, and researched pickleball through Google searches. [Ex. A: Interrogatory Response No. 12]

7. Fellner then licensed the Literary Work to third-party media companies, namely USA Today and Arizona Republic. [Ex. A: Interrogatory Response No. 13]

8. On March 30, 2018, Arizona Republic published Fellner's Literary Work in an article entitled *Pickleball at sea? These cruise ships court fans with facilities*. Attached as <u>Exhibit C</u> is a true and correct copy of the Arizona Republic article.

9. On April 1, 2018, USA Today published Fellner's work in an article entitled *Pickleball at sea? These cruise ships court fans with facilities*. See https://www.usatoday.com/story/travel/cruises/2018/04/01/pickleball-cruise-ships-court-fans-sport/473599002/

10. Fellner is the owner and author of the Literary Work, which was registered with the U.S. Copyright Office and was given Copyright Registration Number TX 8-559-608 (the "608" Registration"). Attached as <u>Exhibit D</u> is a true and correct copy of the 608 Registration certificate.

11. On April 5, 2018, which was subsequent to the publication of the Literary Work in USA Today and Arizona Republic, Defendant posted the Literary Work on its commercial website in an article entitled *Pickleball in demand on Cruise Ships!* (the "Infringing Article.") Attached as <u>Exhibit E</u> is a true and correct copy of the Infringing Article.

12. In the Defendant's Infringing Article, commercial advertisements appear adjacent to the display of Plaintiff's Literary Work. *See* Exhibit E.

13. Defendant did <u>not</u> license the Literary Work from Plaintiff, or otherwise ask for Plaintiff's permission to republish the Literary Work. [Ex. A: Interrogatory Response No. 13]

Respectfully Submitted:

DATED: November 25, 2019         LIEBOWITZ LAW FIRM, PLLC

By:  **/s/richardliebowitz**
Richard Liebowitz

*Attorneys for Plaintiff*
*Daniel Fellner*