# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Tisle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-102-588

**Effective Date of Registration:**
May 02, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published:   February 03, 2018 to April 21, 2018

## Title
_____

|  |  |
|---|---|
| **Title of Group:** | Daniel H. Fellner |
| **Number of Photographs in Group:** | 48 |

- **Individual Photographs:** 2.13.18.danfellner1.JPG, 2.13.18.danfellner2.JPG, 2.13.18.danfellner3.JPG, 2.13.18.danfellner4.JPG, 2.13.18.danfellner5.JPG, 2.17.18-3. Businesses near the Phuket Chabad House.JPG, 2.17.18-4. Pad-thai for lunch.JPG, 2.17.18-6. Rabbi Mendy Segal.JPG, 2.17.18-9. Rabbi Segal and Dan Fellner.JPG, 2.17.18-Day cruises on the Andaman Sea.JPG, 2.17.18-Jewish-owned restaurants in downtown Patong, Phuket.JPG, 2.18.18.danfellner1.JPG, 2.18.18.danfellner10.JPG, 2.18.18.danfellner11.JPG, 2.18.18.danfellner12.JPG, 2.18.18.danfellner13.JPG, 2.18.18.danfellner14.JPG, 2.18.18.danfellner15.JPG, 2.18.18.danfellner2.JPG, 2.18.18.danfellner3.JPG, 2.18.18.danfellner4.JPG, 2.18.18.danfellner5.JPG, 2.18.18.danfellner6.JPG, 2.18.18.danfellner7.JPG, 2.18.18.danfellner8.JPG, 2.18.18.danfellner9.JPG,
  **Published:** February 2018

- **Individual Photographs:** 3.30.18.danfellner1.JPG, 3.30.18.danfellner10.JPG, 3.30.18.danfellner11.JPG, 3.30.18.danfellner12.JPG, 3.30.18.danfellner13.JPG, 3.30.18.danfellner14.JPG, 3.30.18.danfellner15.JPG, 3.30.18.danfellner16.JPG, 3.30.18.danfellner17.JPG, 3.30.18.danfellner2.JPG, 3.30.18.danfellner3.JPG, 3.30.18.danfellner4.JPG, 3.30.18.danfellner5.JPG, 3.30.18.danfellner6.JPG, 3.30.18.danfellner7.JPG, 3.30.18.danfellner8.JPG, 3.30.18.danfellner9.JPG,
  **Published:** March 2018

- **Individual Photographs:** 4.21.18.danfellner1.JPG, 4.21.18.danfellner2.JPG, 4.21.18.danfellner3.JPG, 4.21.18.danfellner5.JPG, 4.21.18.danfellner6.JPG,
  **Published:** April 2018

## Completion/Publication
_____

|  |  |
|---|---|
| **Year of Completion:** | 2018 |
| **Earliest Publication Date in Group:** | February 03, 2018 |
| **Latest Publication Date in Group:** | April 21, 2018 |
| **Nation of First Publication:** | United States |

**DF_001**

## Author

- **Author:** Daniel H. Fellner
**Author Created:** photographs
**Work made for hire:** No
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel H. Fellner
3059 East Hazeltine Way, Chandler, AZ, 85249, United States

## Certification

**Name:** Richard Liebowitz
**Date:** May 02, 2018

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**DF_002**

**Registration #:**   VA0002102588
**Service Request #:**   1-6509763151

Richard Liebowitz
11 Sunrise Plaza Suite 305
Valley Stream, NY 11580 United States

**DF_003**



**DF_004**