# EXHIBIT E



You are here: Home / Travel / Pickleball in demand on Cruise ships!                Leave a Comment

# Pickleball in demand on Cruise ships!

Posted by Al Hague on 5th April 2018  |  402 views



**Dan Fellner, Special for the (Arizona) Republic**

SOUTH CHINA SEA — Pickleball, one of the fastest growing sports in America, is starting to make a splash on the high seas.

The sport, hugely popular in active-retirement communities in Arizona and Florida, is now offered on all 14 Holland America ships. And the line's newest ship, Nieuw Statendam, which debuts in December, will feature the game as well.

Other cruise lines, including Princess and Regent Seven Seas, also have added pickleball to some of their ships.

Pickleball is a racket sport that combines elements of tennis, table tennis, and badminton. Paddles are made of wood or composite materials. The ball resembles a wiffleball. The sport can be played with two or four players, although doubles are far more common.

Pickleball was invented in the 1960s in Washington state but only recently has seen a huge growth in popularity. It now routinely attracts more players than tennis in age 55 and older housing developments. The USA Pickleball Association, which is headquartered in Surprise, Ariz., calls it the fastest growing sport in North America.

Erik Elvejord, Holland America's director of public relations, says adding pickleball to the company's ships was a no-brainer "because of many requests we were getting from guests." As an avid pickleball player myself, I was pleasantly surprised to see "meet for a game of pickleball" in the daily program on a recent 14-day Asian cruise on the Holland America Volendam.



I quickly ventured up to the ship's sports deck where Holland America had retrofitted a court that had been used for mini-tennis. The costs for the cruise line were minimal — put some yellow lines on the court, buy paddles and balls, and lower the net a few inches. The courts are surrounded by netting to keep stray balls from landing in the ocean.

### Categories
Select Category

### Recent Posts

Our recommendations for cruises......June 2018

FAA Launching Investigation After Death on Southwest Flight 1380—IMPACTING TRAVEL DONALD WOOD APRIL 19, 2018

Avalon Waterways....An Amazing River Cruise Experience

190-metre ultra-luxury cruise ship by Ritz-Carlton

15 Countries You Didn't Know Made Amazing Wine

Los Cabos is Safer Than Ever…

Pickleball in demand on Cruise ships!

Ama Waterways Launches their new ship....AmaMagna

Cruising Percs and Pricing…Confused?





Premium Honey Rye & Straight Rye Whiskey

DF_007

For Complete information on these and other cruises contact any one of our travel professionals at www.travel4allseasons.com We are Holland America specialists.





### Published By

Travel4AllSeasons.com
San Tan Valley AZ

ahaguejr@gmail.com

Contact Us

### About Us

Travel 4 All Seasons is an online publication by Travel 4 All Seasons.com Travel Agency. Stories and information are for the use of our clients, future clients and the public in general who are interested in the wonderful world of travel. Formerly published in print now exclusively online. Stories, writing and photography by Al Hague and other sources with credits. Please contact us at 509.927.7888 or at ahaguejr@gmail.com or dhague9494@gmail.com

© Copyright Travel 4 All Seasons

**DF_008**

HOME | ABOUT US | CONTACT US | TRAVEL » | TRAVEL TIPS | FOOD | TRAVEL NEWS | TRAVEL GEAR

TRAVEL 4 ALL SEASONS,LLC TRAVEL PROFESSIONALS | TRAVEL 4 ALL SEASONS AGENCY

You are here: Home / Travel / Pickleball in demand on Cruise ships!   Leave a Comment

# Pickleball in demand on Cruise ships!

Posted by Al Hague on 5th April 2018 | 166 views



**Dan Fellner, Special for the (Arizona) Republic**

SOUTH CHINA SEA — Pickleball, one of the fastest growing sports in America, is starting to make a splash on the high seas.

The sport, hugely popular in active-retirement communities in Arizona and Florida, is now offered on all 14 Holland America ships. And the line's newest ship, Nieuw Statendam, which debuts in December, will feature the game as well.

Other cruise lines, including Princess and Regent Seven Seas, also have added pickleball to some of their ships.

Pickleball is a racket sport that combines elements of tennis, table tennis, and badminton. Paddles are made of wood or composite materials. The ball resembles a wiffleball. The sport can be played with two or four players, although doubles are far more common.

Pickleball was invented in the 1960s in Washington state but only recently has seen a huge growth in popularity. It now routinely attracts more players than tennis in age 55 and older housing developments. The USA Pickleball Association, which is headquartered in Surprise, Ariz., calls it the fastest growing sport in North America.

As an avid pickleball player myself, I was pleasantly surprised to see "meet for a game of pickleball" in the daily program on a recent 14-day Asian cruise on the Holland America Volendam.

 I quickly ventured up to the ship's sports deck where Holland America had retrofitted a court that had been used for mini-tennis. The costs for the cruise line were minimal — put some yellow lines on the court, buy paddles and balls, and lower the net a few inches. The courts are surrounded by netting to keep stray balls from landing in the ocean.

For Complete information on these and other cruises contact any one of our travel professionals at www.travel4allseasons.com We are Holland America specialists.

## Categories

Select Category

## Recent Posts

FAA Launching Investigation After Death on Southwest Flight 1380—IMPACTING TRAVEL DONALD WOOD APRIL 19, 2018

Avalon Waterways….An Amazing River Cruise Experience

190-metre ultra-luxury cruise ship by Ritz-Carlton

15 Countries You Didn't Know Made Amazing Wine

Los Cabos is Safer Than Ever…

Pickleball in demand on Cruise ships!

Ama Waterways Launches their new ship….AmaMagna

Cruising Percs and Pricing…Confused?

Travel 4 All Seasons LLC AFFILIATES WITH TOP TRAVEL NETWORK TO BRING CUSTOMERS BEST VALUE







DF_009