Gregory W. Seibt (021321)
Alexandra Mijares Nash (023364)
Robert S. Reder (024117)
Kiri T. Semerdjian (033775)
BLYTHE GRACE PLLC
4040 East Camelback Road, Suite 275
Phoenix, Arizona 85018
Telephone: (602) 237-5366
Facsimile: (602) 237-5546
Email: greg@blythegrace.com
Email: anash@blythegrace.com
Email: robert@blythegrace.com
Email: kiri@blythegrace.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Fellner,<br><br>        Plaintiff,<br><br>v.<br><br>Travel 4 All Seasons, LLC,<br><br>        Defendant. | No. 2:19-cv-01719-DJH<br><br>**JOINT REPORT REGARDING SETTLEMENT DISCUSSIONS** |

Pursuant to the Court's Scheduling Order [Dkt. 27], ¶ 8, the parties certify that they have engaged in good faith settlement discussions by telephone and email but were unable to resolve this matter.

DATED this 6th day of December 2019.

BLYTHE GRACE PLLC

/s/ Robert S. Reder
Gregory W. Seibt
Alexandra Mijares Nash
Robert S. Reder
Kiri T. Semerdjian
4040 East Camelback Road, Suite 275
Phoenix, Arizona 85018
Attorneys for Defendant

BLYTHE GRACE PLLC
4040 East Camelback Road | Suite 275
Phoenix, Arizona 85018

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BLYTHE GRACE PLLC
4040 East Camelback Road | Suite 275
Phoenix, Arizona 85018

LIEBOWITZ LAW FIRM, PLLC

*/s/ Richard P. Liebowitz*
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Attorney for Plaintiff

## Certificate of Service

I certify that on this 6th day of December 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Attorney for Plaintiff

/s/ Erika M. Weiler

BLYTHE GRACE PLLC
4040 East Camelback Road | Suite 275
Phoenix, Arizona 85018