**Daniel Fellner v. Travel 4 All Seasons, LLC**
**United States District Court - District of Arizona No. 2:19-cv-01719-DJH**
**Table of Contents for Defendant's Reply in Support of Motion for Summary Judgment**

| 1. | Declaration of Alfred Hague |
|----|------------------------------|

# EXHIBIT 1

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Fellner,<br><br>              Plaintiff,<br><br>v.<br><br>Travel 4 All Seasons, LLC,<br><br>              Defendant. | No. 2:19-cv-01719-DJH<br><br>**DECLARATION OF ALFRED HAGUE IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

I, Alfred Hague, declare as follows:

1. I am a disabled U.S. military veteran over 18 years of age, I am of sound mind to make this Affidavit, and I have personal knowledge of the allegations made by Plaintiff Daniel Fellner ("Fellner") in this action. I also have personal knowledge of Defendant Travel 4 All Seasons, LLC ("Travel 4") because I am the only Member of that company.

2. Travel 4 re-posted Fellner's article (the "Article") on its website located at: www.travel4allseasons.com (the "Website"). When Travel 4 re-posted the Article, the Website had three advertisements on the right-hand side of the webpage.

3. The first advertisement was for Al Hague Photography, a company I own. Travel 4 made no revenue from this advertisement.

4. Travel 4 posted the second advertisement for "Old Tahoe Premium Honey Rye & Straight Rye Whiskey" for one of my friends. Old Tahoe has gone out of business and Travel 4 made no revenue from this advertisement.

5. The third advertisement was for Viking Cruises, and Travel 4 posted it because I like that cruise line. Viking Cruises did not pay Travel 4 to post the advertisement and Travel 4 made no revenue from this advertisement.

6. I make this Declaration pursuant to Fed. R. Civ. P. 56(c)(4) and I declare under the penalty of perjury that the foregoing is true and correct.

Dated this 10th day of December 2019.

_____
Alfred Hague