# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Fellner, | No. CV-19-01719-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Travel 4 All Seasons LLC, | |
| Defendant. | |

On July 27, 2020, counsel for Plaintiff in this matter, Mr. Richard Liebowitz, filed a Notice of Order (Doc. 40). The Notice, which is not in compliance with Local Rule 7.1(a), states that on June 26, 2020, Mr. Liebowitz was ordered by the Honorable Jesse M. Furman, District Court Judge for the Southern District of New York, to file a copy of Judge Furman's recent opinion in all of Mr. Liebowitz's pending cases. (*Id.* at 1). Upon review of Judge Furman's Order, which extensively describes Mr. Liebowitz's misconduct in the Southern District of New York as well as many other federal courts around the United States, the Court finds reason to question whether Mr. Leibowitz is able to competently and professionally prosecute this case as an out of state attorney admitted *pro hac vice*. This concern is underscored by the fact that the Honorable Judge Susan Bolton, who oversees *pro hac vice* admission to practice in this District, has found Mr. Liebowitz's misconduct and repeated failure to comply with Local Rules cause to deny at least three of Mr. Liebowitz's recent *pro hac vice* applications, including one in another case before this Court. *See Burns v. Living Easy Arizona Real Estate, LLC*, 2:20-CV-00865-DJH at Doc.

28 (D. Ariz. June 18, 2020); *Kwintiewicz v. Whats Up, LLC*, 2:20-CV01173-GMS at Doc. 13 (D. Ariz. July 7, 2020); *Schmidt v. Clifton Hotel, LLC*, 4:20-CV-00233-JGZ at Doc. 15 (D. Ariz. July 15, 2020).   The Court has already warned Mr. Leibowitz that his continued disregard for Local Rules of this Court could result in the revocation of his *pro hac* status. (*See* Doc. 29 (detailing Mr. Leibowitz's many deficiencies, including his failure to file a Complaint in compliance with LRCiv 7.1(a)(1) and LRCiv 7.1(a)(3), to submit the automated Civil Cover Sheet when filing the new case, as required by the Electronic Case Filing Administrative Policies and Procedures Manual Section II(B), and to submit a timely election form regarding consent to the exercise of authority by a magistrate judge, as required by LRCiv 3.7(b), which necessitated the issuance of an Order to Show Cause)).

In light of the foregoing,

**IT IS ORDERED** that within seven (7) days of this Order, Mr. Leibowitz must show cause, *in a filing that fully comports with the Local Rules of this District*, why the Court should not mandate his association with an Arizona-based attorney with at least five years of experience practicing in this Court or otherwise revoke his *pro hac vice* admission status in the District of Arizona.  Mr. Leibowitz's response to this Order to Show Cause must also certify and evidence that Mr. Leibowitz has sent a copy of this Order and Judge Furman's Order to his client.

**IT IS FURTHER ORDERED** that failure to timely respond to this Order to Show Cause may result in revocation of Mr. Leibowitz's *pro hac vice* status in this matter.

Dated this 29th day of July, 2020.

Honorable Diane J. Humetewa
United States District Judge