Kenneth M. Motolenich-Salas (Bar No. 027499)
Of Counsel to Weiss and Moy, P.C.
4455 E. Camelback Rd., Suite E-261
Phoenix, AZ 85018
Tel (480) 994-8888
Fax (480) 947-2663
E-mail: ken@motosalaslaw.com
*Proposed Attorney of Record for Plaintiff Daniel Fellner*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Fellner,<br><br>  Plaintiff,<br><br>v.<br><br>Travel 4 All Seasons LLC,<br><br>  Defendant. | Case No. 2:19-cv-01719-DJH<br><br>***EX PARTE* MOTION FOR SUBSTITUTION OF WEISS AND MOY, P.C. IN PLACE OF LIEBOWITZ LAW FIRM, PLLC AS ATTORNEY OF RECORD FOR PLAINTIFF DANIEL FELLNER PURSUANT TO LRCIV 83.3(b)(1)** |

Pursuant to LRCiv 83.3(b)(1), the law firm of Weiss and Moy, P.C. move, *ex parte* with the written approval of Plaintiff Daniel Fellner, for an order allowing it to be substituted in as counsel of record for Plaintiff in place of the Liebowitz Law Firm, PLLC ("Liebowitz"). Such motion is being made since Mr. Fellner has (i) discharged Liebowitz from representation of him in this matter and (ii) retained Weiss and Moy, P.C. to represent him in this matter. Pursuant to LRCiv 83.3(b)(1), the address and phone number below are those of Plaintiff Daniel Fellner who, upon the entry of an Order granting this motion, shall be represented in this action by Weiss and Moy, P.C.

Dan Fellner
7473 E. Bent Tree Drive
Scottsdale, AZ 85266
(480) 326-3756

As such, for the foregoing reasons, Plaintiff respectfully requests that the Court allow for substitution of Weiss and Moy, P.C. in place of Liebowitz Law Firm, PLLC as counsel of record for Plaintiff in this action, and terminating Richard Liebowitz as counsel of record for Plaintiff in this action. A proposed form of Order is being filed concurrently herewith.

Approved by Daniel Fellner this 30th of July, 2020.

*Daniel N. Fellner*
Daniel Fellner

RESPECTFULLY SUBMITTED this 30th day of July, 2020.

MotoSalas Law, PLLC

By:<u>*/s/Kenneth M. Motolenich-Salas*</u>
Kenneth M. Motolenich-Salas (027499)
Of Counsel to Weiss and Moy, P.C.
4455 E. Camelback Rd., Suite E-261
Phoenix, AZ 85018
Tel (480) 994-8888
Fax (480) 947-2663
E-mail:   ken@motosalaslaw.com
*Proposed Attorney of Record for Plaintiff Daniel Fellner*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2020, I electronically transmitted the foregoing document and all exhibits thereto to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Kenneth M. Motolenich-Salas*