IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Daniel Fellner, | Case No. 2:19-cv-01719-DJH |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER ON *EX PARTE* MOTION FOR SUBSTITUTION OF WEISS AND MOY, P.C. IN PLACE OF LIEBOWITZ LAW FIRM, PLLC AS ATTORNEY OF RECORD FOR PLAINTIFF DANIEL FELLNER PURSUANT TO LRCIV 83.3(b)(1)** |
| v. | |
| Travel 4 All Seasons LLC, | |
| Defendant. | |

Pursuant to LRCiv 83.3(b)(1), the *ex parte* motion of the law firm of Weiss and Moy, P.C. by and through its of counsel Kenneth M. Motolenich-Salas as proposed attorney of record for Plaintiff Daniel Fellner, the written approval of Plaintiff, and good cause appearing therefor, the MOTION IS GRANTED. The Liebowitz Law Firm, PLLC and Richard Liebowitz of such firm are terminated as attorney of record for Plaintiff in this action and are replaced by the law firm of Weiss and Moy, P.C. and Kenneth M. Motolenich-Salas, Of Counsel of such firm.