# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Fellner, | No. CV-19-01719-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Travel 4 All Seasons LLC, | |
| Defendant. | |

This matter is before the Court on the *Ex Parte* Motion for Substitution with Client Consent (Doc. 43), filed by the law firm of Weiss and Moy, P.C. by and through its of counsel Kenneth M. Motolenich-Salas.  The Plaintiff has indicated his consent by signing the Motion.  Pursuant to Rule 83.3(b) of the Local Rules of Civil Procedure,

**IT IS ORDERED** the Application (Doc. 43) is **GRANTED**.  The Liebowitz Law Firm, PLLC and Richard Liebowitz is withdrawn as counsel of record for Plaintiff Daniel Fellner.  The Clerk of the Court is kindly instructed to terminate The Liebowitz Law Firm, PLLC and Richard Liebowitz as counsel of record.

**IT IS FURTHER ORDERED** substituting Kenneth M. Motolenich-Salas of the law firm of Weiss and Moy, P.C. as counsel of record for Plaintiff Daniel Fellner.

/ / /

/ / /

/ / /

/ / /

**IT IS FINALLY ORDERED** that the pending Order to Show Cause (Doc. 42) is **TERMINATED.**

Dated this 3rd day of August, 2020.

Honorable Diane J. Humetewa
United States District Judge