Kenneth M. Motolenich-Salas (Bar No. 027499)
Of Counsel to Weiss and Moy, P.C.
4455 E. Camelback Rd., Suite E-261
Phoenix, AZ 85018
Tel (480) 994-8888
Fax (480) 947-2663
E-mail:   ken@motosalaslaw.com
*Attorney for Plaintiff Daniel Fellner*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Fellner,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Travel 4 All Seasons LLC,<br><br>　　　　　Defendant. | Case No. 2:19-cv-01719-DJH<br><br>**REPORT OF SETTLEMENT DISCUSSIONS** |

　　　The parities provide this report of settlement discussions in response to the Court's August 4, 2020 Order [Dkt. 46]. The parties have been discussing settlement since the inception of this action. Until recently, those discussions occurred through plaintiff Daniel Fellner's prior legal counsel, Richard Leibowitz, but unfortunately did not resolve the matter. On August 14, 2020, Mr. Fellner, through undersigned counsel, sent a settlement demand to defendant Travel 4 All Seasons LLC. On September 1, 2020, Travel 4 rejected the settlement demand. The parties will continue to discuss settlement after the Court rules on Travel 4's pending Motion for Summary Judgment [Dkt. 33, *et seq*].

　　　DATED this 1st day of September, 2020.

　　　　　　　　　　　　　MotoSalas Law, PLLC

　　　　　　　　　　　　　By:*/s/Kenneth M. Motolenich-Salas*
　　　　　　　　　　　　　Kenneth M. Motolenich-Salas (027499)
　　　　　　　　　　　　　Of Counsel to Weiss and Moy, P.C.

```
 1    4455 E. Camelback Rd., Suite E-261
      Phoenix, AZ 85018
 2    Tel (480) 994-8888
      Fax (480) 947-2663
 3    E-mail:   ken@motosalaslaw.com
 4    Attorney for Plaintiff Daniel Fellner

 5    Blythe Grace PLLC
 6
 7    /s/ Robert S. Reder with permission
      Gregory W. Seibt
 8    Alexandra Mijares Nash
      Robert S. Reder
 9    Kiri T. Semerdjian
      4040 East Camelback Road, Suite 275
10    Phoenix, Arizona 85018
      Attorneys for Defendant
11
```

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September, 2020, I electronically transmitted the foregoing document and all exhibits thereto to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.


By: */s/ Kenneth M. Motolenich-Salas*