# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Fellner,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Travel 4 All Seasons LLC,<br><br>　　　　Defendant. | No. CV-19-01719-PHX-DJH<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order filed September 30, 2020, granting Defendant's Motion for Summary Judgment, judgment is entered in favor of Defendant and against Plaintiff, and this action is hereby terminated.

　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

September 30, 2020

　　　　　　　　　　　　　　　　s/ L. Figueroa
　　　　　　　　　　　　　　By:　Deputy Clerk